**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | | |
|---|---|---|---|
| **ROBERT TILLEY,** | ) | | |
| | ) | | |
| **Petitioner,** | ) | **Nos.** | **3:12-CR-91-PLR-HBG** |
| | ) | | **3:15-CV-451-PLR** |
| **v.** | ) | | |
| | ) | | |
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| **Respondent.** | ) | | |

## JUDGMENT

For the reasons expressed in the accompanying memorandum and order filed herewith, it is **ORDERED** and **ADJUDGED** that the motion [Doc. 119] by federal prisoner Robert Tilley for post conviction relief pursuant to 28 U.S.C. § 2255 is **DENIED and DISMISSED WITH PREJUDICE**.

If Petitioner files a notice of appeal from this judgment, such notice of appeal will be treated as an application for a certificate of appealability which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b) because he has failed to make a substantial showing of the denial of a federal constitutional right. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24 that any appeal from this judgment by Petitioner would be frivolous and not taken in good faith.

**SO ORDERED**.

ENTER:

_____
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

/s/ JOHN L. MEDEARIS
CLERK OF COURT